IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN FARNEY AND CASSANDRA VALLIANOS,** individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ENDURANCE DEALER SERVICES, LLC AND ENDURANCE WARRANTY SERVICES, LLC**,<br><br>*Defendants*. | Case No. 1:20-cv-04753 |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs John Farney and Cassandra Vallianos hereby give notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 2, 2020

/s/ *Juneitha Shambee*
Juneitha Shambee, Esq.
Shambee Law Office, LTD
701 Main Street, Suite 201A
Evanston, IL 60202
(773) 741-3602
juneitha@shambeelaw.com
Atty: 6308145

Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiffs and the putative Classes*

1